UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MAKER ECOSYSTEM GROWTH HOLDINGS, INC., et al.,<br><br>　　　　Defendants. | Case No.  20-cv-02569-SBA<br><br>**ORDER OF RECUSAL** |

　　I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court.  All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

　　**IT IS SO ORDERED**.

Dated: May 15, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Senior District Judge