# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Johnson | CASE No C 3:20-cv-02569-MMC |
| **Plaintiff(s)** | |
| v.<br>Maker Ecosystem Growth Holdings,<br>Inc. et al | ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |
| **Defendant(s)** | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 6/22/2020         /s/ John M. Yarwood     Maker Ecosystem Growth Holdings, Inc.
                                                 Maker Ecosystem Growth Foundation
                                         _____
                                                          Party

Date: 6/22/2020         /s/ Alexander C. Drylewski
                        _____
                                          Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  6/22/2020        /s/ Alexander C. Drylewski
                        _____
                                          Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

1

**<u>SIGNATURE ATTESTATION</u>**

2     Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in

3  the filing of this document has been obtained from any other signatory to this document.

4

5  DATED: June 22, 2020                          /s/ Alexander C. Drylewski

6                                                    Alexander C. Drylewski

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR CERTIFICATION BY PARTIES AND COUNSEL                    CASE NO. 3:20-cv-02569-MMC