Adam S. Heder, CSB #270946
adamh@hbclawyers.com
Harris Berne Christensen LLP
15350 SW Sequoia Parkway
Suite 250
Portland, OR 97224
Phone: 503-968-1475
Fax: 503-968-2003
Of Attorneys for Plaintiff PETER JOHNSON, individually and on behalf of all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PETER JOHNSON,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MAKER ECOSYSTEM GROWTH HOLDINGS, INC.**, a foreign corporation; **MAKER ECOSYSTEM GROWTH FOUNDATION,** a foreign corporation; and **DAI FOUNDATION**, a foreign corporation,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-02569-MMC<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1 AND CIVIL L.R. 3-15** |

　　　Plaintiff discloses the following information for the limited purpose of complying with Civil L.R. 3-15 f the Northern District of California.

　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

*Plaintiff's Certificate of Interested Entities or Persons*

1  DATED  June 23, 2020  **HARRIS BERNE CHRISTENSEN LLP**

2  By: s/ Adam S. Heder
   Adam S. Heder, CSB #270946
3  Of Attorneys for Plaintiff PETER JOHNSON,
   individually and on behalf of all others similarly
4  situated

2

*Plaintiff's Certificate of Interested Entities or Persons*