1  HOGAN LOVELLS US LLP
   Helen Y. Trac (Bar No. 285824)
2  3 Embarcadero Center, Suite 1500
   San Francisco, California 94111
3  Telephone:   (415) 374-2300
   Facsimile:   (415) 374-2499
4  helen.trac@hoganlovells.com

5  Attorneys for Defendant
   DAI FOUNDATION
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PETER JOHNSON,                    Case No. 3:20-CV-02569-MMC

12              Plaintiff,            **CERTIFICATION OF INTERESTED
                                      ENTITIES OR PERSONS**
13       v.

14 MAKER ECOSYSTEM GROWTH
   HOLDINGS, INC., MAKER
15 ECOSYSTEM GROWTH
   FOUNDATION, and
16 DAI FOUNDATION,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

Defendant Dai Foundation discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15 of the Northern District of California.

Dai Foundation has no parent entity and is not owned by any other entity.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dai Foundation reserves the right to supplement this disclosure statement, if needed.

Dated: July 1, 2020                     HOGAN LOVELLS US LLP


                                        By:/s/ Helen Y. Trac
                                            Helen Y. Trac
                                            Attorneys for Defendant
                                            DAI FOUNDATION

ATTORNEYS AT LAW
SAN FRANCISCO

1                    CERTIFICATE OF INTERESED PARTIES
                     3:20-CV-02569-MMC