PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

ALEXANDER C. DRYLEWSKI (*admitted pro hac vice*)
alexander.drylewski@skadden.com
MICHAEL W. RESTEY JR. *(admitted pro hac vice)*
michael.restey@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

*Attorneys for Defendants*
MAKER ECOSYSTEM GROWTH
HOLDINGS, INC. AND MAKER
ECOSYSTEM GROWTH FOUNDATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JOHNSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAKER ECOSYSTEM GROWTH HOLDINGS, INC., a foreign corporation; MAKER ECOSYSTEM GROWTH FOUNDATION, a foreign corporation; and DAI FOUNDATION, a foreign corporation, <br><br> Defendants. | Case No.: 3:20-cv-02569-MMC <br><br> **DECLARATION OF STEVEN BECKER IN SUPPORT OF THE MAKER DEFENDANTS' MOTION TO COMPEL ARBITRATION** <br><br> Date:        October 2, 2020 <br> Time:        9:00 a.m. <br> Courtroom:  7 <br> Judge:       Hon. Maxine M. Chesney |

1        I, Steven Becker, declare as follows:

2        1.     I am the President and Chief Operating Officer of Maker Ecosystem Growth

3 Foundation ("MEGF") and Maker Ecosystem Growth Holdings, Inc. ("MEGH") (together, the

4 "Maker Defendants").  I am familiar with the characteristics of the MakerDAO platform, the

5 processes by which MakerDAO accounts are created, and the information available to the Maker

6 Defendants concerning each MakerDAO account.

7        2.     The facts set forth in this declaration are based on my personal knowledge, as well

8 as my review of relevant records and materials.  If called as a witness, I would testify to the

9 matters stated herein.

10        3.     The MakerDAO platform was first introduced in 2017 and is available worldwide

11 via the internet.  It is an open-source, community-organized project that aims to provide stability

12 and equality of access to the global financial system through the use of decentralized blockchain

13 technology.  The MakerDAO platform allows users to generate a digital asset, called DAI.  DAI is

14 called a "stablecoin" because its value is soft pegged to the U.S. Dollar by governance of a

15 decentralized group of token holders.  The purpose of this soft peg is to maintain a stable price so

16 DAI will function as a currency.

17        4.     MakerDAO platform users can obtain DAI either by purchasing it directly through

18 an exchange or by locking another digital currency, such as Ether ("ETH"), into a "Collateral Debt

19 Position" ("CDP") as collateral.[1]  Once ETH is locked into a CDP, users can then generate a

20 certain amount of DAI, which they can then use in the same manner as they would other

21 currencies.  Users are required to over-collateralize their CDPs (for example, by locking ETH

22 worth 150% of the amount of DAI generated).  If a user's collateralization level drops below a

23 certain threshold, the system can trigger an auction of the collateral in order to cover that user's

24 outstanding DAI and incurred fees.[2]

25

26 [1]   CDPs are now known as "Vaults," and I use the two terms interchangeably herein.

27 [2]   These fees include (i) a Stability Fee that is paid by CDP holders to maintain the CDP and (ii)

28 a Liquidation Fee that is payable if and when a CDP is liquidated pursuant to the auction process.

DECLARATION OF STEVEN BECKER ISO MOTION TO COMPEL ARBITRATION     Case No. 3:20-cv-02569-MMC

5.      I understand that Plaintiff's claims in this litigation relate to his use of the MakerDAO platform, through which he created a personal CDP and locked ETH as collateral in order to generate DAI.[3]

6.      Plaintiff opened his personal account, CDP 4615, on November 29, 2018.  At that time, Plaintiff was required to use the Maker "CDP Portal" to create a CDP.  The CDP Portal guided users through the necessary steps to create a CDP and use the platform.  The homepage of the CDP portal contains a link to the 2018 Maker Terms of Service ("Terms of Service").  The Terms of Service, which govern the MakerDAO platform, are available on the CDP Portal and have been posted there since May of 2018.  Users can access and agree to the Terms of Service worldwide.  A true and correct copy of the Terms of Service is appended to this Declaration as **Exhibit A** and can be found at: https://cdp.makerdao.com/terms.

7.      In 2018, Plaintiff could not complete the process of opening a CDP account and using the MakerDAO platform without first accepting the Terms of Service.  The portal required Plaintiff to affirmatively check a box, to the right of which were the words:  "I have read and accept the Terms of Service."  The words "Terms of Service" were conspicuously hyperlinked to the Terms of Service to allow users to review the terms to which they were agreeing.  Plaintiff could not click the button reading "FINALIZE AND CREATE CDP" unless the box was checked.  Only once users checked the box affirming that they had read and accepted the Terms of Service would the box become clickable and allow users to open an account and create a CDP (and, ultimately, generate DAI).  Screenshots depicting the process of opening a CDP account when Plaintiff opened his CDP account are appended to this Declaration as **Exhibit B**.  The screenshots are a true and correct reproduction of this process as it would have appeared to users on November 29, 2018.

_____

[3]    Because ETH was the only collateral type that could be used at the time that Plaintiff created his CDP, the DAI generated from this process is sometimes referred to as Single-Collateral DAI, or "SAI."  In November of 2019, the MakerDAO platform was updated to permit users to collateralize their CDPs using collateral types other than ETH.  For purposes of this Declaration, I use DAI and SAI interchangeably.

8.     At the time Plaintiff opened his CDP account, the Terms of Service were hyperlinked on the CDP Portal with a note stating "[s]ee the Terms of Service for risks involved." This statement and hyperlink were on the very same page as the language outlining the liquidation penalty that the Plaintiff relies upon in Paragraph 26 of his complaint.

9.     The Terms of Service also specifically warned users about the risks associated with using the MakerDAO platform and generating DAI.

10.     Paragraph 12 of the Terms of Service is titled "Arbitration and Class Action Waiver."  (*See* Ex. A.)  Paragraph 12.1 requires users to make best efforts to settle any dispute arising out of the Terms of Service and use of the MakerDAO platform through good faith negotiations.

11.     Paragraph 12.2, titled "Binding Arbitration," states:  "If we cannot resolve [your] dispute through good-faith negotiations, you and we agree that any dispute arising under this Agreement shall be finally settled in binding arbitration, on an individual basis, in accordance with the American Arbitration Association's [("AAA")] rules for arbitration of consumer-related disputes. . . ."  (Ex. A.)  Users are provided a link to the AAA consumer rules directly following this clause.  Paragraph 12.2 also states that, by agreeing to the Terms of Service, the user "hereby expressly waive[s] trial by jury and right to participate in a class action lawsuit or class-wide arbitration."  (*Id.*)

12.     At the time Plaintiff created his CDP account and agreed to the Terms of Service, Stablecoin Liquidity Services, LLC ("SLS") was doing business as MakerDAO.  As part of a subsequent corporate reorganization of SLS, Defendant MEGH was established on December 14, 2018, and Defendant MEGF was established on December 17, 2018.  SLS assigned various agreements to the Maker Defendants and ceased operations at that time, with the Maker Defendants assuming SLS's responsibilities and operations related to the community resources supporting the MakerDAO platform.

13.     Following the reorganization, the Maker Defendants implemented the 2019 Terms of Service, which required new users creating an account on the MakerDAO platform to accept

1    that "[t]his agreement is between you . . . and Maker Ecosystem Growth Holdings, Inc."

2         14.    Prior to the corporate reorganization, SLS controlled the rights to the MakerDAO

3    website and the CDP Portal subdomain on that website.  During the corporate reorganization,

4    MEGH assumed control of those sites and has maintained them since December 2018.  SLS's

5    dissolution began in December 2018 and was completed by July 2019.

6         15.    Plaintiff commenced this lawsuit on April 14, 2020, without any attempt to

7    negotiate with the Maker Defendants regarding his claims or any attempt to assert his claims

8    through arbitration.

9         I declare under penalty of perjury, under the laws of the United States of America and the

10   State of California, that the foregoing is true and correct.

11        Executed on this 15th day of July, 2020, in Mountain View, California.

12

13                                           _____

14                                              Steven Becker

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEVEN BECKER ISO MOTION TO COMPEL ARBITRATION          Case No. 3:20-cv-02569-MMC

# EXHIBIT A



# Dai Terms of Service

Last Revised: 17 May 2018

## 1. Acceptance of Terms

The Dai System and Software is an autonomous system of smart contracts on the Ethereum Blockchain (the "Open Source Software"), that permits, among other things, the generation of Dai. Dai is a cryptocurrency intended to maintain low volatility that is available at dai.makerdao.com and via other tools (the "Site") — which includes text, images, audio, code and other materials (collectively, the "Content") and all of the features, and services provided. The Site, and any other features, tools, materials, the Open Source Software, or other services offered from time to time are referred to here as the "Service." Note however, that while the Open Source Software is intended to maintain low volatility for Dai, the Open Source Software is an experimental prototype and its use involves a high degree of risk. There are numerous ways the Open Source Software and Service could fail in an unexpected way, resulting in the total and absolute loss of all of your funds.

Please read these Terms of Use (the "Terms" or "Terms of Use") carefully before using the Service. By using or otherwise accessing the Service, or clicking to accept or agree to these Terms where that option is made available, you (1) accept and agree to these Terms and (2) any additional terms, rules and conditions of participation issued from time to time. If you do not agree to the Terms, then you may not access or use the Content or Service.

## 2. Modification of Terms of Use

These Terms may be discretionarily modified or replaced at any time, unless stated otherwise herein. The most current version of these Terms will be posted on the Site with the "Last Revised" date at the top of the Terms changed. Any changes or modifications will be effective immediately upon posting the revisions to the Site. You





shall be responsible for reviewing and becoming familiar with any such modifications. You waive any right you may have to receive specific notice of such changes or modifications. Use of the Service by you after any modification to the Terms constitutes your acceptance of the Terms as modified. If you do not agree to the Terms in effect when you access or use the Service, you must stop using the Service.

## 3. Eligibility

You hereby represent and warrant that you are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations and warranties set forth in these Terms and to abide by and comply with these Terms.

The Dai System and Software is global and by accessing the Content or Service, you are representing and warranting that, you are of the legal age of majority in your jurisdiction as is required to access such Service and Content and enter into arrangements as provided by the Service. You further represent that you are otherwise legally permitted to use the service in your jurisdiction including owning cryptographic tokens of value, and interacting with the Service or Content in any way. You further represent you are responsible for ensuring compliance with the laws of your jurisdiction and acknowledge that MakerDAO or any of the MakerDAO Volunteers (as defined below) is not liable for your compliance with such laws. Finally, you represent and warrant that you will not use the Service for any illegal activity.

## 4. Representations, Warranties, and Risks

### 4.1. No Representation or Warranty.

You expressly understand and agree that your use of the Service is at your sole risk.

(A) ALL PERSONS, ENTITIES, AGENTS, AND VOLUNTEERS INVOLVED WITH THE CREATION OF THE DAI SYSTEM AND SOFTWARE ("MAKERDAO VOLUNTEERS") MAKE AND EXPRESSLY DISCLAIM ALL




REPRESENTATIONS AND WARRANTIES, EXPRESS, IMPLIED OR
STATUTORY; AND (B) WITH RESPECT TO THE DAI SYSTEM AND
SOFTWARE AND DAI TOKENS, MAKERDAO VOLUNTEERS AND ALL
RELATED ENTITIES AND AGENTS SPECIFICALLY DO NOT
REPRESENT AND WARRANT AND EXPRESSLY DISCLAIM ANY
REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR
STATUTORY, INCLUDING WITHOUT LIMITATION, ANY
REPRESENTATIONS OR WARRANTIES OF TITLE, NON-
INFRINGEMENT, MERCHANTABILITY, USAGE, SECURITY,
SUITABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, OR AS
TO THE WORKMANSHIP OR TECHNICAL CODING THEREOF, OR THE
ABSENCE OF ANY DEFECTS THEREIN, WHETHER LATENT OR
PATENT. THE MAKERDAO VOLUNTEERS OR ANY RELATED
ENTITIES OR AGENTS DO NOT REPRESENT OR WARRANT THAT
THE SERVICE AND ANY RELATED INFORMATION ARE ACCURATE,
COMPLETE, RELIABLE, CURRENT OR ERROR-FREE.

## 4.2. Disclaimer of Fiduciary Duties

TO THE FULLEST EXTENT PERMITTED BY LAW AND
NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT
OR ANY OTHER AGREEMENT CONTEMPLATED HEREIN OR
APPLICABLE PROVISIONS OF LAW OR EQUITY OR OTHERWISE, THE
PARTIES HERETO HEREBY AGREE TO ELIMINATE ANY AND ALL
FIDUCIARY DUTIES THE MAKERDAO VOLUNTEERS OR ANY
RELATED ENTITIES AND AGENTS MAY HAVE TO THE USER, ITS
AFFILIATES, OR THE END USERS OF THE SERVICE, THE SITE OR ITS
CONTENT, PROVIDED THAT SUCH EXCLUSION OR LIMITATION OF
LIABILITY SHALL NOT EXTEND TO MISAPPROPRIATION OF ASSETS
OR FUNDS OF THE USERS, ITS AFFILIATES, OR THE END USERS OF
THE SERVICES, SITE OR CONTENT PROVIDED BY THE MAKERDAO
VOLUNTEERS OR ANY RELATED ENTITIES AND AGENTS OR OTHER
ACTS OR OMISSIONS THAT CONSTITUTE A BAD FAITH VIOLATION
OF THE IMPLIED CONTRACTUAL COVENANT OF GOOD FAITH AND
FAIR DEALING.

## 4.3 Sophistication and Risk of Cryptographic Systems

By utilizing the Service or interacting with the Content in any way,
you represent that you understand the inherent risks associated
with cryptographic systems; and warrant that you have an




understanding of the usage and intricacies of native cryptographic tokens, like Ether (ETH) and Bitcoin (BTC), smart contract based tokens such as those that follow the Ethereum Token Standard (https://github.com/ethereum/EIPs/issues/20), and blockchain-based software systems.

None of the MakerDAO Volunteers own or control any of the underlying software through which blockchain networks are formed. In general, the underlying software for blockchain networks tends to be open source such that anyone can use, copy, modify, and distribute it. By using the Service, you acknowledge and agree (i) that MakerDAO Volunteers or related entities are not responsible for operation of the underlying software and networks that there exists no guarantee of functionality, security, or availability of such software and networks; and (ii) that the underlying protocols are subject to sudden changes in operating rules (known as "Forks"), and that such Forks may materially affect the Dai System and Software. It might be discretionarily decided not to support (or cease supporting) the Forked network entirely. You acknowledge and agree that MakerDAO volunteers assume absolutely no responsibility whatsoever in respect of any underlying software protocols, whether Forked or not.

## 4.4 Risk of Regulatory Actions in One or More Jurisdictions

The Dai System and Software, MakerDAO and ETH could be impacted by one or more regulatory inquiries or regulatory action, which could impede or limit the ability of MakerDAO Volunteers to continue to develop, or which could impede or limit your ability to access or use the Service or Ethereum blockchain, including access to your funds.

## 4.5 Risk of Weaknesses or Exploits in the Field of Cryptography

You acknowledge and understand that Cryptography is a progressing field. Advances in code cracking or technical advances such as the development of quantum computers may present risks to cryptocurrencies and Service or Content, which could result in the theft or loss of your cryptographic tokens or property. To the extent possible, it is intended to update the protocol underlying the Service to account for any advances in cryptography and to incorporate additional security measures, but does not guarantee or otherwise



represent full security of the system. By using the Service or accessing Content, you acknowledge these inherent risks.

## 4.6 Volatility of Cryptocurrency

You understand that Ethereum and other blockchain technologies and associated currencies or tokens are highly volatile due to many factors including but not limited to adoption, speculation, technology and security risks. You also acknowledge that the cost of transacting on such technologies is variable and may increase at any time causing impact to any activities taking place on the Ethereum blockchain. You acknowledge these risks and represent that MakerDAO Volunteers or any related entity or person cannot be held liable for such fluctuations or increased costs.

## 4.7 Application Security

You acknowledge that the Dai System and Software is subject to flaws and acknowledge that you are solely responsible for evaluating any code provided by the Services or Content. This warning and others later provided by MakerDAO Volunteers in no way evidence or represent an on-going duty to alert you to all of the potential risks of utilizing the Service or Content.

## 4.8 Website Accuracy

Although it is intended to provide accurate and timely information on the Site and other tools making up the Dai System and Software, the Site (including, without limitation, the Content) or relevant tools may not always be entirely accurate, complete or current and may also include technical inaccuracies or typographical errors. In an effort to continue to provide you with as complete and accurate information as possible, information may be changed or updated from time to time without notice, including without limitation information regarding our policies. Accordingly, you should verify all information before relying on it, and all decisions based on information contained on the Site or relevant tools are your sole responsibility and MakerDAO volunteers shall have no liability for such decisions. Links to third-party materials (including without limitation websites) may be provided as a convenience but are not controlled by any entity.





You acknowledge and agree that we are not responsible for any aspect of the information, content, or services contained in any third-party materials or on any third party sites accessible or linked to the Site or available via other relevant tools.

## 4.9 Technical Knowledge

Any use or interaction with the Dai System and Software requires a comprehensive understanding of applied cryptography and computer science in order to appreciate inherent risks, including those listed above. You represent and warrant that you possess relevant knowledge and skills.

## 5. Indemnity

You agree to release and to indemnify, defend and hold harmless MakerDAO Volunteers and any related entities, as well as the officers, directors, employees, shareholders and representatives of any of the foregoing entities, from and against any and all losses, liabilities, expenses, damages, costs (including attorneys' fees, fees or penalties imposed by any regulatory authority and court costs) claims or actions of any kind whatsoever arising or resulting from your use of the Service, your violation of these Terms of Use, your violation of any law, rule, or regulation, or the rights of any third party, and any of your acts or omissions that implicate publicity rights, defamation or invasion of privacy. Each of the MakerDAO Volunteers reserve the right, at its own expense, to assume exclusive defense and control of any matter otherwise subject to indemnification by you and, in such case, you agree to cooperate with MakerDAO Volunteers in the defense of such matter.

## 6. Limitation on liability

YOU ACKNOWLEDGE AND AGREE THAT YOU ASSUME FULL RESPONSIBILITY FOR YOUR USE OF THE SITE AND SERVICE. YOU ACKNOWLEDGE AND AGREE THAT ANY INFORMATION YOU SEND OR RECEIVE DURING YOUR USE OF THE SITE AND SERVICE MAY NOT BE SECURE AND MAY BE INTERCEPTED OR LATER ACQUIRED





BY UNAUTHORIZED PARTIES. YOU ACKNOWLEDGE AND AGREE
THAT YOUR USE OF THE SITE AND SERVICE IS AT YOUR OWN RISK.
RECOGNIZING SUCH, YOU UNDERSTAND AND AGREE THAT, TO THE
FULLEST EXTENT PERMITTED BY APPLICABLE LAW, NEITHER
MAKERDAO VOLUNTEERS NOR ANY RELATED ENTITIES,
SUPPLIERS OR LICENSORS WILL BE LIABLE TO YOU FOR ANY
DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL,
PUNITIVE, EXEMPLARY OR OTHER DAMAGES OF ANY KIND,
INCLUDING WITHOUT LIMITATION DAMAGES FOR LOSS OF
PROFITS, GOODWILL, USE, DATA OR OTHER TANGIBLE OR
INTANGIBLE LOSSES OR ANY OTHER DAMAGES BASED ON
CONTRACT, TORT, STRICT LIABILITY OR ANY OTHER THEORY (EVEN
IF ANY OF THE MAKERDAO VOLUNTEERS OR RELATED ENTITIES
HAD BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES),
RESULTING FROM THE SITE OR SERVICE; THE USE OR THE
INABILITY TO USE THE SITE OR SERVICE; UNAUTHORIZED ACCESS
TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA;
STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SITE OR
SERVICE; ANY ACTIONS WE TAKE OR FAIL TO TAKE AS A RESULT OF
COMMUNICATIONS YOU SEND TO US; HUMAN ERRORS;
TECHNICAL MALFUNCTIONS; FAILURES, INCLUDING PUBLIC UTILITY
OR TELEPHONE OUTAGES; OMISSIONS, INTERRUPTIONS, LATENCY,
DELETIONS OR DEFECTS OF ANY DEVICE OR NETWORK,
PROVIDERS, OR SOFTWARE (INCLUDING, BUT NOT LIMITED TO,
THOSE THAT DO NOT PERMIT PARTICIPATION IN THE SERVICE);
ANY INJURY OR DAMAGE TO COMPUTER EQUIPMENT; INABILITY
TO FULLY ACCESS THE SITE OR SERVICE OR ANY OTHER WEBSITE;
THEFT, TAMPERING, DESTRUCTION, OR UNAUTHORIZED ACCESS
TO, IMAGES OR OTHER CONTENT OF ANY KIND; DATA THAT IS
PROCESSED LATE OR INCORRECTLY OR IS INCOMPLETE OR LOST;
TYPOGRAPHICAL, PRINTING OR OTHER ERRORS, OR ANY
COMBINATION THEREOF; OR ANY OTHER MATTER RELATING TO
THE SITE OR SERVICE.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF
CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF
LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.
ACCORDINGLY, SOME OF THE ABOVE LIMITATIONS MAY NOT APPLY
TO YOU.

## 7. Our Proprietary Rights




All title, ownership and intellectual property rights in and to the Service are owned by MakerDAO Volunteers, related entities or their licensors. You acknowledge and agree that the Service contains proprietary and confidential information that is protected by applicable intellectual property and other laws. Except as expressly authorized by a relevant entity, you agree not to copy, modify, rent, lease, loan, sell, distribute, perform, display or create derivative works based on the Service, in whole or in part.

## 8. Links

The Service provides, or third parties may provide, links to other World Wide Web or accessible sites, applications or resources. Because none of the MakerDAO Volunteers have control over such sites, applications and resources, you acknowledge and agree that MakerDAO Volunteers or any related entity is not responsible for the availability of such external sites, applications or resources, and does not endorse and is not responsible or liable for any content, advertising, products or other materials on or available from such sites or resources. You further acknowledge and agree that MakerDAO Volunteers or any related entity shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such content, goods or services available on or through any such site or resource.

## 9. Termination and Suspension

MakerDAO may terminate or suspend all or part of the Service and your Dai System and Software access immediately, without prior notice or liability, if you breach any of the terms or conditions of the Terms. Upon termination of your access, your right to use the Service will immediately cease.

The following provisions of the Terms survive any termination of these Terms: INDEMNITY; WARRANTY DISCLAIMERS; LIMITATION ON LIABILITY; OUR PROPRIETARY RIGHTS; LINKS; TERMINATION; NO THIRD-PARTY BENEFICIARIES; BINDING ARBITRATION AND CLASS ACTION WAIVER; GENERAL INFORMATION.





## 10. No Third-Party Beneficiaries

You agree that, except as otherwise expressly provided in these Terms, there shall be no third party beneficiaries to the Terms.

## 11. Notice and Procedure For Making Claims of Copyright Infringement

If you believe that your copyright or the copyright of a person on whose behalf you are authorized to act has been infringed, please provide a written Notice (legal@makerdao.com) containing the following information:

an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;
a description of the copyrighted work or other intellectual property that you claim has been infringed;
a description of where the material that you claim is infringing is located on the Service;
your address, telephone number, and email address;
a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
a statement by you, made under penalty of perjury, that the above information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

## 12. Arbitration and Class Action Waiver

### 12.1 Initial Dispute Resolution

The parties agree shall use their best efforts to engage directly to settle any dispute, claim, question, or disagreement and engage in good faith negotiations which shall be a condition to either party initiating an arbitration.

### 12.2 Binding Arbitration

If we cannot resolve the dispute through good-faith negotiations, you and we agree that any dispute arising under this Agreement shall be finally settled in binding arbitration, on an individual basis, in accordance with the American Arbitration Association's rules for




arbitration of consumer-related disputes (accessible at
https://www.adr.org/sites/default/files/Consumer%20Rules.pdf) and
you and MakerDAO hereby expressly waive trial by jury and right to
participate in a class action lawsuit or class-wide arbitration. The
arbitration will be conducted by a single, neutral arbitrator and shall
take place in the county or parish in which you reside, or another
mutually agreeable location, in the English language. The arbitrator
may award any relief that a court of competent jurisdiction could
award, including attorneys' fees when authorized by law, and the
arbitral decision may be enforced in any court. At your request,
hearings may be conducted in person or by telephone and the
arbitrator may provide for submitting and determining motions on
briefs, without oral hearings. The prevailing party in any action or
proceeding to enforce this agreement shall be entitled to costs and
attorneys' fees.

If the arbitrator(s) or arbitration administrator would impose filing
fees or other administrative costs on you, we will reimburse you,
upon request, to the extent such fees or costs would exceed those
that you would otherwise have to pay if you were proceeding instead
in a court. We will also pay additional fees or costs if required to do
so by the arbitration administrator's rules or applicable law. Apart
from the foregoing, each Party will be responsible for any other fees
or costs, such as attorney fees that the Party may incur. If a court
decides that any provision of this section 12.2 is invalid or
unenforceable, that provision shall be severed and the other parts of
this section 12.2 shall still apply. In any case, the remainder of this
Agreement, will continue to apply.

## 12.3 Governing law

For any dispute not subject to arbitration, you and MakerDao agree
to submit to the personal and exclusive jurisdiction and venue in the
federal and state courts located in Wilmington, Delaware. You further
agree to accept service of process by mail, and hereby waive any and
all jurisdictional and venue defenses otherwise available.

The terms and the relationship between you and MakerDAO shall be
governed by the laws of the State of Delaware without regard to
conflict of law provisions.



# 13. General Information

## 13.1 Entire Agreement

These Terms (and any additional terms, rules and conditions of participation that may be posted on the Service) constitute the entire agreement with respect to the Service and supersedes any prior agreements, oral or written. In the event of a conflict between these Terms and the additional terms, rules and conditions of participation, the latter will prevail over the Terms to the extent of the conflict.

## 13.2 Waiver and Severability of Terms

The failure of any entity to exercise or enforce any right or provision of the Terms shall not constitute a waiver of such right or provision. If any provision of the Terms is found by an arbitrator or court of competent jurisdiction to be invalid, the parties nevertheless agree that the arbitrator or court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the Terms remain in full force and effect.

## 13.3 Statute of Limitations

You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to the use of the Service or the Terms must be filed within one (1) year after such claim or cause of action arose or be forever barred.

## 13.4 Section Titles

The section titles in the Terms are for convenience only and have no legal or contractual effect.

## 13.5 Communications

Users with questions, complaints or claims with respect to the Service may contact us using the relevant contact information set forth above and at legal@makerdao.com.

## 14. Prohibited Use

You may not use the Service to engage in the following categories of activity ("Prohibited Uses"). The specific types of use listed below are representative, but not exhaustive. If you are uncertain as to whether or not your use of the Services involves a Prohibited Use, or have questions about how these requirements apply to you, please contact us at legal@makerdao.com By opening using the Service provided here, you confirm that you will not use this Service to do any of the following:

**Unlawful Activity**: Activity which would violate, or assist in violation of, any law, statute, ordinance, or regulation, sanctions programs administered in any relevant country, including but not limited to the U.S. Department of Treasury's Office of Foreign Assets Control ("OFAC"), or which would involve proceeds of any unlawful activity; publish, distribute or disseminate any unlawful material or information

**Abuse Other Users**: Interfere with another individual's or entity's access to or use of any Services; defame, abuse, extort, harass, stalk, threaten or otherwise violate or infringe the legal rights (such as, but not limited to, rights of privacy, publicity and intellectual property) of others; incite, threaten, facilitate, promote, or encourage hate, racial intolerance, or violent acts against others; harvest or otherwise collect information from the Site about others, including without limitation email addresses, without proper consent

**Fraud**: Activity which operates to defraud MakerDAO, Dai System and Software users, or any other person; provide any false, inaccurate, or misleading information.

**Intellectual Property Infringement**: Engage in transactions involving items that infringe or violate any copyright, trademark, right of publicity or privacy or any other proprietary right under the law, including but not limited to sales, distribution, or access to counterfeit music, movies, software, or other licensed materials without the appropriate authorization from the rights holder; use of MakerDAO intellectual property, name, or logo, including use of MakerDAO trade or service marks, without express consent from MakerDAO or in a manner that otherwise harms MakerDAO; any action that implies an untrue endorsement by or affiliation with MakerDAO.





# EXHIBIT B



# A Guide to Opening a Collateralized Debt Position
## at cdp.makerdao.com
## (as of November 2018)

**1** ## Open the Maker CDP Portal
**cdp.makerdao.com**



Here, users are presented with the landing page with a horizontal scroll informing them about the CDP Portal, how CDPs work and what users can do.

## 2  Dashboard View



Once users connect their wallets, they will be taken to the dashboard. This is specific to each user's wallet address. If a user has never opened a CDP before, he or she will be presented with an option to **'Open CDP'**.

**3**

## Open/Create a CDP



Clicking **'Open CDP'** takes users into a wizard which allows users to 'Lock' collateral in order to 'Generate' DAI.

# 4   Choose How Much DAI to Generate



The Liquidation Price is the lowest unit price the staked collateral can reach before the CDP becomes vulnerable to liquidation.

How much ETH would you like to collateralize?

The Dai Stablecoin System derives its internal prices for collateral, the market price of Dai,
and the market price of MKR based on the median of the values returned by a set of trusted oracles.
This ensures a consistent and trusted source of price data is always available to the system.

Liquidation price (ETH/USD) ⓘ

This is a fee calculated as a continuously compounding annualized percentage yield and is accrued against the total amount of outstanding Dai in your CDP.

Stability fee @8.5%/year in MKR ⓘ

Users then enter the amounts of collateral they wish to **'Lock'** and the amounts of DAI they wish to **'Generate.'**

## 5 Confirm CDP and Accept Terms of Service



Clicking **'Collateralize & Generate'** on the screen above will take users to the next step to confirm the details of the CDP they are about to Open. It details the inputs entered on the previous screen, a Stability Fee warning, and the Terms of Service acceptance checkbox.

Only once users affirmatively **'check'** this checkbox stating that the users have **'Read and accept the terms of service'** (which are linked out into a new window) does the **'Finalize and Open CDP'** button become enabled.

**6**   **Confirm the transaction on your Wallet**



Once users have clicked 'Finalize and Create CDP,' they will then be asked to **'Sign'** (or confirm) the action on their wallet.

**7**   **Wait For CDP to Open**



Once the user has confirmed the action on their wallet, the screen will update to 'Generating your CDP'.

## 8   View and Manage CDP



The user's CDP is now open, and he or she can now see the details of the CDP on the dashboard.