Adam S. Heder, CSB #270946
adamh@hbclawyers.com
Harris Berne Christensen LLP
15350 SW Sequoia Parkway
Suite 250
Portland, OR 97224
Phone: 503-968-1475
Fax: 503-968-2003

Of Attorneys for Plaintiff PETER JOHNSON,
individually and on behalf of all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PETER JOHNSON,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAKER ECOSYSTEM GROWTH HOLDINGS, INC.**, a foreign corporation; **MAKER ECOSYSTEM GROWTH FOUNDATION,** a foreign corporation; and **DAI FOUNDATION**, a foreign corporation,<br><br>Defendants. | Case No. 3:20-cv-02569-MMC<br><br>**DECLARATION OF PETER JOHNSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE MAKER DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

1

I, Peter Johnson, do hereby declare as follows:

1. I am the Plaintiff and Proposed Class Representative in this matter.

2. I am over the age of eighteen; am competent to testify; have reviewed the relevant documents, information, and materials; and otherwise have personal knowledge of each of the facts stated in this Declaration.

3. I further declare that, if I were called as a witness in this case, I would testify to the matters stated herein.

4. I have reviewed the Opposition Brief to the Maker Defendants' Motion to Compel Arbitration (the "*Opposition Brief*"). During that review, I visited and reviewed each of the hyperlinked websites and videos included therein for the Court's reference, and I can testify to the existence and substance of each of those hyperlinked materials.

5. I first became familiar with and excited by the Maker Platform in approximately early 2018.

6. I was promised that I could collateralize my Ethereum and receive Sai (or Dai) in return and that, even if the price of my Ethereum collateral dropped below a given liquidation threshold, I would only lose the amount of my collateral necessary to cover my outstanding position, minus a 13% liquidation penalty.

7. On or around November 29, 2018, I opened a Collateralized Debt Position ("*CDP*") through the Maker Platform's CDP creation application, in which I deposited Ethereum tokens as collateral and received Sai in return. My newly created CDP was number 4615.

8. I tracked the Maker Platform closely, reading blogs, forums, and posts from Maker Entities members and officers, and was keenly aware of the coming deprecation of CDPs and the Sai System in favor of Vaults and the Dai System.

9. On November 19, 2019, and due to the promises of an exciting new product (Dai) as well as threats and warnings regarding financial penalties and systemic risk if I didn't take action, I closed my CDP, paid back the necessary Sai (as well as any accrued interest and fees),

1

DECLARATION OF PETER JOHNSON

and opened up a Vault position in which I deposited Ethereum as collateral and received Dai in return. My newly created Vault was number 849.

10. I opted to use a third-party application, instadapp.io, to handle my CDP closure and Vault creation process automatically.

11. In that process, instadapp.io never required me to click, view, or otherwise agree to the Maker Platform Terms of Service, any kind of arbitration clause, or even any general "Terms of Service."

12. For the Court's reference, I have reviewed the video contained in the link below. This is a video that portrays the process of closing one's CDP and opening a Vault. This process reflects my own process of singing up for the Vault. And when creating my Vault, I, like the user in the video, was never presented any "Terms of Service" or contractual terms for the Defendants' products and platform in this matter. The video can be viewed at the following link: https://youtu.be/9uIE7oI9AS0.

13. On March 12, 2020, the price of Ethereum dropped dramatically, which triggered liquidation of my Vault as well as those Vaults of countless other users of the Maker Platform.

14. My Vault—which at the time of liquidation held 1,713.7 Ethereum as collateral—as well as the Vaults of countless other users of the Maker Platform, was liquidated, sent to auction, and the collateral I had secured in the Vault was sold for nothing when only one keeper bot bid on it.

15. I am aware that the Sai System shutdown on May 12, 2020 and that, since that shutdown, the Dai System is the only operating System on the Maker Protocol.

16. I am painfully aware that, had I simply maintained my CDP and not shut it down and opened a Vault at the behest of the Maker Defendants, I would not have suffered a zero-bid auction. Instead, I would have been left with at least 348 Ethereum—the amount of my post-liquidation collateral minus accrued interest and liquidation penalty.

17. I am aware that other user interfaces like instadapp.io—including defisaver and

others—exist, which make the creation of Dai-based Vaults seamless, but also do not require acknowledgement, assent to, or even review of any Maker Defendants Terms of Service.

///

///

///

///

///

///

///

///

///

///

///

DECLARATION OF PETER JOHNSON

18. I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

EXECUTED this 16th day of August, 2020, in Denver, Colorado.

_____
Peter Johnson
Plaintiff

4

DECLARATION OF PETER JOHNSON