Adam S. Heder, CSB #270946
adamh@hbclawyers.com
Harris Berne Christensen LLP
15350 SW Sequoia Parkway
Suite 250
Portland, OR 97224
Phone: 503-968-1475
Fax: 503-968-2003

     Of Attorneys for Plaintiff PETER JOHNSON, individually and on behalf of all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PETER JOHNSON,** individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>**MAKER ECOSYSTEM GROWTH HOLDINGS, INC.**, a foreign corporation; **MAKER ECOSYSTEM GROWTH FOUNDATION,** a foreign corporation; and **DAI FOUNDATION**, a foreign corporation,<br><br>               Defendants. | Case No. 3:20-cv-02569-MMC<br><br>**REQUEST TO FILE SUR-REPLY BRIEF IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

      The Maker Defendants filed a Reply Brief in Support of their Motion to Compel Arbitration on August 31, 2020 (ECF No. 44). In that Brief, the Maker Defendants make several new arguments not addressed or contemplated by their opening brief. For instance, the Maker Defendants cite a case for the first time on Reply, *Cooper v. Adobe Systems, Inc.*, No. 18-CV-06742-BLF, 2019 WL 5102609 (N.D. Cal. Oct. 11, 2019), claiming that this case is on point and

1

supports the argument that Plaintiff's dispute is about the *scope* of the 2018 Terms of Service (as opposed to whether Plaintiff was ever presented with terms of service in connection with signing up for the Dai System).

Local Rule 7-3(d) allows a party to file a supplemental brief in response to new evidence. Whether by Local Rule 7-3(d) or the Court's inherent power to manage its docket, Plaintiff respectfully requests the Court allow Plaintiff to file the attached Sur-Reply Brief (attached hereto as Exhibit 1). This matter represents one of significant public importance, in that Plaintiff has fashioned it as a class action claim and pleads widespread misrepresentation for an entire class of users of the Dai System. Because this is a matter of public importance and given that Defendants' motion to compel would be dispositive, Plaintiff further requests the Court allow the filing of the Sur-Reply Brief.

In addition, Plaintiff's counsel and his team have been dealing with literal natural disasters that have resulted in power outages and evacuation orders that delayed the filing of this request for the Sur-Reply brief. Otherwise, the request would have been filed on Tuesday (7/8/2020) as opposed to today.

Plaintiff respectfully requests the Court allow the filing of Exhibit 1.


DATED:  September 11, 2020            **HARRIS BERNE CHRISTENSEN LLP**

                                            By:    /s/ Adam S. Heder
                                                 Adam S. Heder, CSB #270946
                                                 Of Attorneys for Plaintiff PETER JOHNSON, individually and on behalf of all others similarly situated