IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAKER ECOSYSTEM GROWTH HOLDINGS, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02569-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR PERMISSION TO SEEK INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(B)** |

Before the Court is plaintiff's "Motion for Permission to Seek Interlocutory Review Pursuant to 28 U.S.C. § 1292(b)," filed November 13, 2020.  Defendants have filed opposition, to which plaintiff has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 18, 2020.

**IT IS SO ORDERED.**

Dated: December 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge