1  ADAM S. HEDER (CSB #270946)
   adamh@hbclawyers.com
2  HARRIS BERNE CHRISTENSEN LLP
   15350 SW Sequoia Parkway
3  Portland, Oregon 97224
   Telephone:   (503) 968-1475
4  Facsimile:   (503) 968-2003
   *Attorney for Plaintiff*
5
   PETER B. MORRISON (SBN 230148)
6  peter.morrison@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
7  300 South Grand Avenue, Suite 3400
   Los Angeles, California 90071-3144
8  Telephone:   (213) 687-5000
   Facsimile:   (213) 687-5600
9
   ALEXANDER C. DRYLEWSKI (*pro hac vice*)
10 alexander.drylewski@skadden.com
   MICHAEL W. RESTEY JR. (*pro hac vice*)
11 michael.restey@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
12 One Manhattan West
   New York, New York 10001
13 Telephone:   (212) 735-3000
   Facsimile:   (212) 735-2000
14 *Attorneys for Defendants*
   MAKER ECOSYSTEM GROWTH HOLDINGS, INC.
15 AND MAKER ECOSYSTEM GROWTH FOUNDATION

16

17                **IN THE UNITED STATES DISTRICT COURT**

18              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                         **SAN FRANCISCO DIVISION**

20  PETER JOHNSON, individually and on behalf )   CASE NO.: 3:20-cv-02569-MMC
    of all others similarly situated,         )
21                                             )   **JOINT STATUS REPORT**
                          Plaintiff,           )
22                                             )
             v.                                )
23                                             )
    MAKER ECOSYSTEM GROWTH               )
24  HOLDINGS, INC., a foreign corporation; )
    MAKER ECOSYSTEM GROWTH               )
25  FOUNDATION, a foreign corporation; and )
    DAI FOUNDATION, a foreign corporation, )
26                                             )
                          Defendants.          )
27                                             )

28

JOINT STATUS REPORT                                         Case No. 3:20-cv-02569-MMC

Pursuant to the Court's February 17, 2021 Order Directing Parties to Submit Joint Report, ECF No. 60, Plaintiff Peter Johnson and Defendants Maker Ecosystem Growth Holdings, Inc. and Maker Ecosystem Growth Foundation hereby submit this joint status report.

On September 25, 2020, the Court entered an order compelling arbitration and staying Plaintiff's claims pending arbitration. (*See* ECF No. 48.) On January 4, 2021, the Court denied Plaintiff's motion for certification of an interlocutory appeal of the order compelling arbitration. (*See* ECF No. 58.)

On March 17, 2021, Plaintiff's counsel notified Defendants' counsel that Plaintiff had initiated arbitration with the American Arbitration Association ("AAA") pursuant to the Court's order. On March 22, 2021, Plaintiff's counsel provided Defendants' counsel the Demand for Arbitration and attachments. On April 23, 2021, the AAA acknowledged receipt of Plaintiff's Demand for Arbitration. The Parties are currently in the process of selecting arbitrators.

DATED:  May 14, 2021          Respectfully submitted,

                              HARRIS BERNE CHRISTENSEN LLP


                              By:  _____/s/ Adam S. Heder_____
                                        ADAM S. HEDER
                                     *Attorney for Plaintiff*


                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                              By:  __/s/ Alexander C. Drylewski__
                                    ALEXANDER C. DRYLEWSKI
                                    *Attorneys for Defendants*
                              MAKER ECOSYSTEM GROWTH HOLDINGS, INC.
                              AND MAKER ECOSYSTEM GROWTH FOUNDATION

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatories to this document.

DATED: May 14, 2021                    By:   /s/ Alexander C. Drylewski
                                                            ALEXANDER C. DRYLEWSKI